01
02
03
04
05
06

07                     UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF WASHINGTON
08                                AT SEATTLE

09  RONALD JOHNSON,                         )   CASE NO. C06-1776-MAT
                                            )
10        Plaintiff,                        )
                                            )
11        v.                                )
                                            )   ORDER REQUESTING AMENDED
12  MICHAEL J. ASTRUE,                      )   MOTION
    Commissioner of Social Security,        )
13                                          )
          Defendant.                        )
14  _____ )

15      Plaintiff filed a Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice

16  Act. (Dkt. 24.) The Commissioner objects to the motion on two counts. (Dkt. 25.) First, the

17  Commissioner notes the absence of a sworn statement from plaintiff attesting to the fact that his

18  net worth was less than $2,000,000.00 when this civil suit was commenced.   *See* 28 U.S.C. §

19  2412(d)(1)(B) and (d)(2)(B). Second, the Commissioner objects to the request that the fees be

20  made payable directly to plaintiff's counsel, instead of plaintiff – the "prevailing party", 28 U.S.C.

21  § 2412(d)(1)(A), in this matter. *See*, *e.g.*, *Venegas v. Mitchell*, 495 U.S. 82, 87-88 (1990) (stating

22  that the prevailing party is the party, not the party's lawyer). Plaintiff did not submit a reply.

ORDER
PAGE -1

01       It would seem that the Commissioner's objections to plaintiff's motion could be rectified

02 in an amended motion.  As such, the Court directs plaintiff to file such a motion or otherwise

03 dispute the Commissioner's contentions on or before **February 25, 2008**.  The Commissioner

04 should respond to plaintiff's submission on or before **February 29, 2008** and plaintiff's motion

05 is hereby NOTED for consideration as of that same date.

06       DATED this <u>6th</u> day of February, 2008.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE -2